| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Erin Ramamurthy<br>Special Agent: Mallorie Campbell, ATF | Telephone: (313) 226-9788<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Denzel Tate | Case No. Case: 2:22−mj−30423<br>Assigned To : Unassigned<br>Assign. Date : 10/3/2022<br>Description: CMP USA v. SEALED MATTER (SO) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Knowingly Possessing Stolen Firearms |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Mallorie Campbell, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 3, 2022

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Jonathan J.C. Grey, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## Introduction and Agent Background

I, Mallorie Campbell, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since December of 2021. I am currently assigned to the Detroit Field Division, Group IV. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Before working for the ATF, I was a Sheriff's Deputy with the Jefferson County Sheriff's Office, Louisville, KY, for approximately eight years. Prior to becoming a Special Agent with ATF, I was assigned to the Federal Bureau of Investigation, Louisville, White Collar Crimes Task Force as a Task Force Officer for approximately four years.

2. The facts contained in this affidavit come from my personal observations, my training and experience, my review of documents and statements, information obtained from other law enforcement officers, and individuals with knowledge of this matter. This affidavit does not provide every detail I know regarding this investigation.

3. Based on ATF's investigation in this case, there is probable cause showing that DENZEL TATE (B/M, DOB xx-xx-xx03) violated Title 18 U.S.C § 922(j) (Knowingly Possessing Stolen Firearms).

## Probable Cause

4. On September 30, 2022, Magistrate Judge Elizabeth Stafford signed a federal search warrant for TATE's suspected residence in Van Buren Township, Michigan. Agents executed this warrant on October 3, 2022. During the search, agents found a Glock, Model 23, .40 caliber pistol, bearing serial number BHCX317. Agents located the firearm in the upstairs, southwest bedroom of the house belonging to TATE.

5. On October 3, 2022, during the search warrant execution, ATF agents conducted an interview of TATE. SA Jacobs advised TATE of his Miranda Rights. TATE stated that he understood his rights and agreed to voluntarily speak to agents. During questioning, TATE admitted that the firearm in his room was stolen, and that TATE had stolen the firearm from a house in Detroit.

6. Additionally, agents ran the serial number on the firearm through Michigan's Law Enforcement Information Network (LEIN) and determined that the Glock, Model 23, .40 caliber pistol, bearing serial number BHCX317 was associated with a firearm that was previously reported stolen.

7. On October 03, 2022, I spoke with Special Agent Michael Jacobs who is recognized by the ATF as having expertise in the interstate nexus of firearms. SA Jacobs inspected the firearm and determined the Glock, Model 23, .40 caliber pistol, bearing serial number BHCX317, meets the definition of a firearm as defined in 18 U.S.C. § 921(a)(3) and was manufactured outside the State of Michigan.

### Conclusion

8. Based on the aforementioned facts, I submit that there is probable cause showing that Denzel TATE, violated Title 18 U.S.C. § 922(j) (Knowingly Possessing Stolen Firearms).

Respectfully Submitted,

*/s/ Mallorie Campbell*

Mallorie Campbell, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*/s/ Jonathan JC Grey*

Hon. Jonathan Grey
United States Magistrate Judge

Dated:  October 3, 2022

3